IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00854-WDM-CBS

EDWARD IVKOV,
KIMBERLY IVKOV,

    Plaintiffs,

v.

PROGRESSIVE HALCYON INSURANCE COMPANY,

    Defendant.

_____

**PROCEDURAL ORDER**
_____

This matter is before me on the defendant Progressive Halcyon Insurance Company's (Progressive) Notice of Removal of a class action complaint against numerous insurance industry defendants.  The notice appears to assert a severance by the state trial judge which resulted in an apparent separate action involving only Edward Ivkov and Kimberly Ivkov as plaintiffs and Progressive Halcyon Insurance Company as the sole defendant.  Although Progressive tendered a CD Rom of the state court pleadings, integration of that information into the Electronic Case Filing system of this court, if possible, is not a task this court will undertake. Accordingly, in order to coordinate this matter within the court's filing system and determine how this case should proceed, it is ordered:

    1.  All motions filed before removal of this case are denied without prejudice to

refiling electronically in this court's CM/ECF system and docketing numbers.

    2. The parties shall confer and file a joint status report on or before June 1, 2006, setting forth the parties and their attorneys in this action and a brief statement of the remaining claims for relief.  Do not simply refile the state complaint.

    3.  Any motion to consolidate this case with others within this district shall be filed no later than June 1, 2006.

    DATED at Denver, Colorado, on May 22, 2006.

                                                                     BY THE COURT:


                                                                  s/ Walker D. Miller
                                                                  United States District Judge